UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No. CV 12-963-GW (PLA)                                      Date February 11, 2013

Title:  Esteban Martinez v. L. S. McEwen, Warden

---

PRESENT:  THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PETITIONER:
NONE

ATTORNEYS PRESENT FOR RESPONDENTS:
NONE

**PROCEEDINGS:**      (IN CHAMBERS)

Pursuant to this Court's Order of February 29, 2012, petitioner was ordered to file a Status Report every sixty days. Petitioner's most recent status report was due no later than **January 29, 2013**. To date, no Status Report has been filed with the Court. Accordingly, **no later than February 25, 2013, petitioner is ordered to show cause** why the stay in this case should not be lifted for failure to comply with a Court Order. Filing of the Status Report by petitioner on or before **February 25, 2013**, shall be deemed compliance with this Order to Show Cause.

cc:    Esteban Martinez, Pro Se
       Kathy S. Pomerantz, CAAG

Initials of Deputy Clerk      ch

CV-90 (10/98)                                    CIVIL  MINUTES  -  GENERAL