## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No. CV 12-963-GW (PLA)                                    Date February 11, 2013

Title:  Esteban Martinez v. L. S. McEwen, Warden

------------------------------------------------------------------------------------------------

PRESENT:  THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE

☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PETITIONER:
NONE

ATTORNEYS PRESENT FOR RESPONDENTS:
NONE

PROCEEDINGS:        (IN CHAMBERS)

Pursuant to this Court's Order of February 29, 2012, petitioner was ordered to file a Status Report every sixty days.  Petitioner's most recent status report was due no later than **January 29, 2013**.  To date, no Status Report has been filed with the Court.  Accordingly, **no later than February 25, 2013, petitioner is ordered to show cause** why the stay in this case should not be lifted for failure to comply with a Court Order.  Filing of the Status Report by petitioner on or before **February 25, 2013**, shall be deemed compliance with this Order to Show Cause.

cc:    Esteban Martinez, Pro Se
       Kathy S. Pomerantz, CAAG

Initials of Deputy Clerk_____ch____