UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ESTEBAN MARTINEZ, | ) | No. CV 12-963-GW (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| KIM HOLLAND, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: October 7, 2015

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE